1 **THOMAS P. RILEY, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2 **First Library Square**
**1114 Fremont Avenue**
3 **South Pasadena, CA 90071**

4 Tel:  626-799-9797
Fax: 626-799-9795
5 TPRLAW@att.net

6 **Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **JORGE ARMANDO MAGANA ALEJANDREZ, ET AL.**, <br><br> Defendant. | Case No. CV 09-01187-MCE DAD <br><br> **ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*

**ORDER GRANTING PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 1**

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Jorge Armando Magana Alejandrez a/k/a Jorge Armando Magana, where service has not been made or service by publication requested.

**IT IS SO ORDERED**.

DATED: September 1, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com